UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERTA BORIS,                                              Docket No.: 16-cv-06814

                Plaintiff,                     **NOTICE OF APPEARANCE**

-against-

DA-VINCI HOTEL CORP., DAVINCI HOTEL AND
SUITES ON NELSON MANDELA SQUARE, SABI
SABI BUSH LODGE and TAUCK TOURS, INC.,

                Defendants.
-----------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to practice in this Court and I appear in the above-captioned action as Counsel and attorneys for plaintiff, Roberta Boris.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
       February 2, 2017

                                                           Yours, etc.

                                                            Joseph G. Dell, Esq.(JD-7315)
                                                             Michael C. O'Malley (MO- 0317)
                                                              DELL & DEAN, PLLC
                                                              Attorney for Plaintiff
                                                              Roberta Boris
                                                               1225 Franklin Avenue
                                                               Suite 450
                                                               Garden City, NY 11530
                                                               (516) 880-9700